**NPD (12/15)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

**In Re**
Byron Webster Jordan and Helen Monique Holt–Jordan
**Debtor**

**Case No.** 14−00227

**Chapter** 7

### NOTICE OF POSSIBLE DIVIDENDS
### AND DEADLINE TO FILE PROOF OF CLAIM

==========================================

It appeared from the schedules when this case was instituted that there were no assets from which dividends could be paid to creditors and the notice of initial meeting of creditors so indicated.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the deadline for filing a Proof of Claim is fixed as 90 days after the mailing of this notice (which will occur two days after the date set forth below).

The deadline for filing a claim resulting from the rejection by the debtor of an executory contract or unexpired lease is 60 days after the rejection of the executory contract or the lease or 90 days after the date of this notice whichever is later, unless otherwise specified by the Court.

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a Proof of Claim by the date set forth above.

Dated: 7/27/16

For the Court:
Clerk of the Court
BY:  kb

## Instructions for Filing a Proof of Claim

You must file an original and one copy of the Proof of Claim Form (Official Form 410). The original Proof of Claim must be filed with the Office of the Clerk and a copy with the Trustee as listed below.

Mail original Proof of Claim to:
United States Bankruptcy Court
U. S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

Mail a copy of the Proof of Claim to:
William Douglas White McCarthy & White, PLLC
1751 Pinnacle Dr.
Suite 1115
McLean, VA 22102

For copies of the Proof of Claim form, you may contact the Office of the Clerk or print it from the United States Courts web site located at (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx). If you would like to receive an acknowledgement of the filing of your claim, enclose a stamped, self–addressed envelope and a copy of the Proof of Claim. Verification of the filing of a Proof of Claim cannot be provided over the telephone. If a claim was previously submitted, it is not necessary to file another one.